# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **EDWARD QUILES RIVERA**<br>SSN xxx-xx-9726<br><br>Debtor(s) | CASE NO: **23-03859-EAG**<br><br>**Chapter 13** |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **11/27/2023**

Days From Petition Date: **37**

910 Days Before Petition: **05/31/2021**

Chapter 13 Plan Date: **11/27/2023**  ☐ Amended

This is Debtor(s) _____ Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____   Amount: $ _____

First Meeting Date: **01/03/2024 at 8:00AM**

341 Meeting Date: **01/03/2024 at 8:00AM**

Confirmation Hearing Date: **02/02/2024 at 2:30PM**

Plan Base: **$45,000.00**   Plan Docket #**3**

This is the **1** scheduled meeting.

Total Paid In: **$750.00**

---

*APPEREANCES:   ☐ Telephone   ☒ Video Conference

Debtor: ☐ Present ☒ Absent ☐ ID & Soc. OK        Joint Debtor: ☐ Present ☐ Absent   ☐ ID & Soc. OK

☐ Examined   ☒ Not Examined under Oath          ☐ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s): ☒ Not Present   ☐ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☒ Creditor(s) Present          ☐ None

FIRST BANK- ROMERO

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **JOSE M PRIETO CARBALLO***

Total Agreed: **$4,000.00**    Paid Pre-Petition: **$290.00**   Outstanding (Through the Plan): **$3,710.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☐ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)

Projected Disposable Income: $ _____

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ _____    Estimated Priority Debt: $ _____

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00**

<u>The Trustee:</u>    ☐ <u>NOT OBJECTS</u>    ☐ <u>OBJECTS</u>    <u>Plan Confirmation</u>    Gen. Uns. Approx. Dist.: ____ %

§341 Meeting    ☐ CONTINUED    ☐ NOT HELD    ☐ CLOSED

☐ HELD OPEN FOR ____ DAYS until _____ pursuant to 1308. After this date the meeting is deemed CLOSED.

§341 Meeting Rescheduled for: <u>JANUARY 19, 2024 AT 10:20A.M.</u>

Access via Zoom 341 Meeting Information Meeting ID: 842 075 7565 Passcode: 8744010630 ***Dedicated Phone: (939) 545-9003.

***As per UST Guideline for ZOOM 341 meeting Debtors and their attorneys must appear by video.

Comments: Debtor's counsel is on vacations.

/s/ Jose R. Carrion, Esq.            Meeting Date: Jan 03, 2024
        Trustee

/s/ Mayra Arguelles, Esq., Presiding Officer

Last Docket Verified: 10    Last Claim Verified: 4    **Case Administrator:    Mayra Arguelles**